IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-362 |
| | ) |
| RAHAMATALLI HAZRATALIE | ) |

### O R D E R

AND NOW, to wit, this 20th day of February, 2007, the within motion is granted, and it is hereby ORDERED that Indictment No. 06-362 Criminal against Rahamatalli Hazratalie be and the same is hereby dismissed.

*[signature]*
United States District Judge

cc: Defense Counsel
U.S. Attorney
U.S. Marshals
Pretrial Services